**No. 46811.**—Petitions 6151–R, etc., of Frank P. Dow Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. The petitions were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 12, 1942

**No. 46812.**—Protests 74174–K, etc., of Chong Lung et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the merchandise in question was held entitled to free entry as crude drugs under paragraph 1669 as claimed, and drugs, sliced, were held dutiable at 10 percent under paragraph 34 as claimed.

**No. 46813.**—Protests 61353–K, etc., of H. P. Lambert Co., Inc. (Boston).

Opinion by CLINE, J. It was stipulated that the lily bulbs in question are the same in all material respects as those the subject of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). In accordance therewith the claim for free entry under paragraph 1669 was sustained.

JANUARY 8, 1942

**No. 46814.**——Protests 35727–K, etc., of Gruyère Cheese Corp. et al. C. D. 562. Motion of Government for rehearing denied.

JANUARY 7, 1942

**No. 46815.**—Suit 4346.—*Whitehall Shipping Co.* v. *United States.* C. A. D. 181.